UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JESUS ALONSO GUERRERO,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents.

No. 5:26-cv-02551-JDE

JUDGMENT

Pursuant to and subject to the Order Regarding Petition, IT HEREBY IS ORDERED, ADJUDGED, and DECREED that:

(1)     The Petition is granted, in part, and Respondents are ORDERED to (a) provide Petitioner an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven days of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied; and (b) if no such bond hearing is provided within seven days, Respondents shall release Petitioner from custody; and

(2)   The alternative request for immediate release is denied as moot and the remainder of the Petition is dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 26, 2026_____

_____
JOHN D. EARLY
United States Magistrate Judge

2